*Peter A. Schultz* for appellants.

*Michael A. Crage* and *Albert F. Geyer* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.

HOWARD PHELPS, Respondent, *v.* DAY SERVICE STATION, INC., Appellant, Impleaded with Another.

Argued April 22, 1941; decided May 22, 1941.

*H. H. Brown* and *James E. Turner* for appellant.

*Abraham N. Levy, K. Carl Hartenstein* and *Edward Z. Jacobson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.